UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                                  Case No.  5:03-cr-3-Oc-10GRJ

RUFUS PRESTON MONTGOMERY
_____/

**O R D E R**

On April 28, 2003, the Defendant pled guilty to conspiracy to distribute cocaine base, commonly known as "crack" cocaine, in violation of 21 U.S.C. § § 846 and 841(b)(1)(B). At the sentencing hearing held on April 21, 2004, the Court sentenced the Defendant to 188 months imprisonment.  Judgment was entered accordingly on April 22, 2004 (Doc. 159).

This case is before the Court for consideration of the Government's Amended Motion for Reduction of Sentence (Doc. 204), to which the Defendant has responded (Doc. 205). The Government's motion recites that the Defendant testified truthfully during the trial of one of his co-defendants.  And although a new trial was ordered for this co-defendant, which the Eleventh Circuit subsequently reversed, the Defendant continued to provide information during the pendency of his co-defendant's case to law enforcement agents. In addition, the Defendant provided incriminating information concerning a second defendant, and the Government believes that the Defendant's cooperation in this second case contributed in part to that defendant's decision to plead guilty.  The Government

considers the Defendant's assistance to be both material and substantial, deserving the equivalent of a four-level reduction, placing the Defendant in the new guideline range of 130-162 months imprisonment. The Government further recommends that the Court sentence the Defendant at the low end of the guideline range, or to 130 months imprisonment. In response, the Defendant contends that he is deserving of a 50% reduction in his sentence due to the threats that have been made against his life for testifying against his co-defendant, since he was a "minor participant" in the conspiracy, and since he has not been in "any trouble" since he has been incarcerated.

The Government must demonstrate pursuant to Rule 35(b)(1) that after sentencing, the Defendant provided substantial assistance in investigating or prosecuting another person, and also that a reduction in the Defendant's sentence accords with the Sentencing Commission's guidelines and policy statement. The Government has made such a showing by explaining that the Defendant assisted the Government by testifying against a co-defendant and providing information about another defendant which contributed in part to that defendant pleading guilty.

Accordingly, upon due consideration of the Defendant's substantial assistance, it is ordered that:

(1) the Government's Amended Motion for Reduction of Sentence (Doc. 204) is GRANTED;

(2) the commitment sentence imposed upon Defendant Rufus Montgomery is hereby reduced from 188 months to 130 months;

(3) the judgment entered on April 22, 2004 (Doc. 159) is hereby amended to the extent set forth in this Order, and in all other respects, the judgment shall remain undisturbed; and

(4) the Clerk is directed to furnish a copy of this Order to counsel of record, the Defendant, the United States Marshal, the Bureau of Prisons, and the United States Probation Officer.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 30th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Rufus Preston Montgomery
             United States Marshal
             Bureau of Prisons
             United States Probation Office
             Maurya McSheehy, Courtroom Deputy